**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 26 2008

JAMES W. McCORMACK, CLERK
By: /s/ Williams
DEP CLERK

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION                MDL No. 1769

(SEE ATTACHED SCHEDULE)         4:08 cv 595 BSM

### CONDITIONAL TRANSFER ORDER (CTO-66)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 582 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

/s/ Jeffery N. Lüthi
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG 1 2 2008

ATTEST /s/
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: /s/ Deputy Clerk

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

## SCHEDULE CTO-66 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4 08-594 | Gary Griffin, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| ARE 4 08-595 | Doyle Bridges, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| ~~ARE 4 08-601~~ | ~~State of Arkansas ex rel. Dustin McDaniel v. AstraZeneca Pharmaceuticals, LP, et al.~~   Opposed 8/8/08 |
| **MINNESOTA** | |
| MN 0 08-4672 | Cathy Woods v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-4673 | Wayne Christy v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 08-1015 | Debra Miller v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 08-1017 | Billie Jo Geers v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 08-1018 | Maureen Mercurio v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 08-1019 | Paulette Mitchell v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 08-1022 | Joseph Muellersman v. AstraZeneca Pharmaceuticals, LP |
| MOE 4 08-1023 | Deborah S. Williams v. AstraZeneca Pharmaceuticals, LP |
| **TEXAS EASTERN** | |
| TXE 6 08-253 | Nancy Burson, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |